DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov
Attorneys for Defendant.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. WILDE, | Case No. 2:13-CV-01401-JCM-CWH |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (*FIRST REQUEST*) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

COMES NOW Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Commissioner), by and through her counsel, Daniel G. Bogden, United States Attorney, and Blaine Welsh, Assistant United States Attorney, to request a thirty (30) day extension of time to respond to Plaintiff's Motion for Reversal from February 14, 2014 to March 17, 2014. This is Defendant's first request for an extension.

On February 4, 2014, counsel for the Commissioner contacted Plaintiff's counsel, Marc V. Kalagian, who stated he had no objection to the Commissioner's request for an extension.

The instant motion is not intended to cause intentional delay and is requested due to work load issues which have arisen due to the shutdown of the federal government. At the end of the day on September 30, 2013, the appropriation that had been funding the Department of Justice expired and the

appropriations to the Department lapsed. The same was true for most Executive agencies, including the Social Security Administration. Effective October 17, 2013, funds were appropriated for the Department of Justice and the Social Security Administration, and attorneys in both offices are resuming their usual civil litigation functions.

Notwithstanding the return of all attorneys, the Office of the General Counsel for the Social Security Administration has a substantial backlog of work as a result of this lapse in appropriations. The Office of the General Counsel is working diligently to prioritize and work through this backlog as efficiently as possible. As such, Defendant requests a 30-day extension of time for filing the responsive brief, with all other dates in the Court's Special Scheduling Order to be extended accordingly.

Date: *February 4, 2014*           Respectfully submitted,

                                   DANIEL G. BOGDEN
                                   United States Attorney

                                   */s/ Blaine T. Welsh*
                                   BLAINE T. WELSH
                                   Assistant United States Attorney

OF COUNSEL:

TINA SALADINO
Assistant Regional Counsel
Social Security Administration

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: February 5, 2014